**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 159 MM 2016 |
| Petitioner | : | |
| v. | : | |
| HONORABLE RICHARD A. LEWIS, PRESIDENT JUDGE, DAUPHIN COUNTY COURT OF COMMON PLEAS, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 12th day of January, 2017, the Petition for Writ of Mandamus, the Motion for Oral Argument, the Motion for Evidentiary Hearing, and the Motion for Appointment of PCRA counsel are **DENIED**.

   The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.